UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARTIN ROBINSON,**

    **Plaintiff,**

  v.

**LONNIE BUTLER, *et al.*,**

    **Defendants.**

:

:

**Case No. 2:21-cv-774**
**Judge Sarah D. Morrison**
**Magistrate Judge Michael R. Merz**

## ORDER

Plaintiff objects to the Magistrate Judge's Report and Recommendation (R&R) recommending denial of his Rule 60 motion. (ECF Nos. 85, 86, 88.) If a party objects to a R&R, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The Court has carefully reviewed the R&R and Plaintiff's objections; the issues raised have been correctly addressed by the Magistrate Judge. The Court **OVERRULES** Plaintiff's Objection (ECF No. 88) and **ADOPTS** the Magistrate Judge's R&R (ECF No. 86). Plaintiff's Rule 60 motion (ECF No. 85) is **DENIED**.

    **IT IS SO ORDERED.**

                          /s/ Sarah D. Morrison
                          **SARAH D. MORRISON**
                          **UNITED STATES DISTRICT JUDGE**